IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MITCHELL RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-01075-P |
| GRAPEVINE-COLLEYVILLE | § | |
| INDEPENDENT SCHOOL | § | |
| DISTRICT and JORGE | § | |
| RODRIGUEZ, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Temporary Restraining Order (ECF No. 3), filed September 21, 2021. Plaintiff shall serve Defendants' counsel with a copy of this order **no later than September 22, 2021 at 5:00 p.m.** and shall file a certificate of service reflecting that such service has been made and the manner in which it was made.

It is hereby **ORDERED** that Defendants shall file a Response brief to Plaintiff's Motion for Temporary Restraining Order **on or before September 23, 2021 at 5:00 p.m.**

It is further **ORDERED** that an evidentiary hearing on Plaintiff's Motion for Temporary Restraining Order will be held at **9:00 a.m. on Friday, September 24, 2021,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **21st day** of **September, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE