IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MITCHELL RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-1075-P |
| | § | |
| GRAPEVINE-COLLEYVILLE | § | |
| INDEPENDENT SCHOOL | § | |
| DISTRICT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties should be advised that this Court, like all of the judges of the Fort Worth Division, has a long and consistent history of requiring litigants to strictly adhere to the Local Rules. *See, e.g., Six Flags Ent. Corp. v. Travelers Cas. & Sur. Co. of Am.*, No. 4:21-CV-00670-P, 2021 WL 2064903, at *1 (N.D. Tex. May 21, 2021) (Pittman, J.) (dismissing lawsuit without prejudice for failure to comply with Local Rule 83.10(a) requiring local counsel); *United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel); *Robert Cook & Associates, Inc. v. Illinois Nat'l Ins. Co.*, No. 7:09-CV-141-O, 2010 WL 11619707, at *1 n.1 (N.D. Tex. Aug. 19, 2010) (O'Connor, J.) (admonishing defense counsel that "disregard of the Local Rules is burdensome for those required to analyze and adjudicate Defendant's motion" and ordering counsel "to file a statement notifying the Court ... why they failed to comply with the local rules and whether this failure should result in the forfeiture of their right to practice in the

Northern District of Texas"); *Harper v. Am. Airlines, Inc.*, No. 4:09-CV-318-Y, 2009 WL 4858050, at *1–2 (N.D. Tex. Dec. 16, 2009) (Means, J.) (denying motion to declare class-certification motion timely because plaintiff failed to comply with Local Rule 23.2 and "once on this Court's docket the case becomes subject to this Court's local rules").

Consistent with this advisement, prior to the hearing on Plaintiff's motion for a temporary injunction on September 24, 2021, counsel for all parties are **ORDERED** to familiarize themselves with: (1) the Northern District of Texas's Local Rules; (2) the undersigned judge's judge-specific requirements; and (3) *Dondi Properties Corp. v. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284, 286, 291 (N.D. Tex. 1988). In particular, any party not in compliance with Local Rule 83.10(a) shall enter the appearance of local counsel on or before the September 24, 2021 hearing.

**SO ORDERED** on this **22nd day** of **September, 2021.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE