# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Mitchell Ryan<br><br>*Plaintiff*,<br><br>v.<br><br>Grapevine-Colleyville Independent School District and Jorge Rodriguez in his official capacity as GCISD School Board President<br><br>*Defendants*. | Civil Action No. 4:21-cv-01075-P |

## CERTIFICATE OF SERVICE OF ORDER

I certify that on September 22, 2021 at approximately 4:00 p.m. I served the Court's Order (ECF No. 5) on counsel for the Defendants by email to:

| | |
|---|---|
| Joseph F. Cleveland<br>Brackett & Ellis, P.C.<br>100 Main Street<br>Fort Worth, TX 76102<br>817.339.2454 (Direct)<br>817.870.2265 (Fax)<br>jcleveland@belaw.com | Sarah S. Flournoy<br>Brackett & Ellis, P.C.<br>100 Main Street<br>Fort Worth, TX 76102<br>817.339.2417 (Direct)<br>817.870.2265 (Fax)<br>sflournoy@belaw.com |

September 22, 2021

/s/ Tony K McDonald
Tony K McDonald
*Counsel for Plaintiff*

Respectfully submitted,

*The Law Offices of Tony McDonald*

By:  /s/ Tony McDonald

Tony McDonald
Attorney at Law
State Bar No. 24083477
1501 Leander Dr., Suite B-2
Leander, TX 78641
(512) 200-3608 (office)
(512) 923–6893 (mobile)
(815) 550–1292 (fax)
tony@tonymcdonald.com

*Counsel for Plaintiff*

Dated September 22, 2021