IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MITCHELL RYAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-01075-P |
| **GRAPEVINE-COLLEYVILLE** | § | |
| **INDEPENDENT SCHOOL** | § | |
| **DISTRICT, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Proceed Without Local Counsel. ECF No. 10. Having considered the Motion, the Court finds that it should be **GRANTED in part.** The Court therefore **GRANTS** leave to Plaintiff's counsel to proceed in the September 24, 2021 hearing without local counsel.

Accordingly, Plaintiff is **ORDERED** to file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a) **on or before September 30, 2021.** Failure to comply with this Order shall result in the imposition of sanctions and/or the dismissal of this case without prejudice and without further notice.

**SO ORDERED** on this **23rd day** of **September, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE