IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MITCHELL RYAN<br>  Plaintiff,<br>v.<br><br>GRAPEVINE COLLEYVILLE<br>INDEPENDENT SCHOOL<br>DISTRICT and JORGE RODRIGUEZ<br>in his official capacity as GCISD<br>School Board President<br>  Defendants. | Case No.: 4:21-cv-01075-P |

**DEFENDANTS' APPENDIX IN SUPPORT OF THEIR RESPONSE
TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Joseph F. Cleveland, Jr.
State Bar No. 04378900
jcleveland@belaw.com
Sarah S. Flournoy
State Bar No. 24036575
sflournoy@belaw.com

BRACKETT & ELLIS P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
Facsimile: (817) 870-2265

ATTORNEYS FOR DEFENDANTS GRAPEVINE COLLEYVILLE INDEPENDENT SCHOOL DISTRICT and JORGE RODRIGUEZ in his official capacity as School Board President

1

# INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Affidavit of Paula Barbaroux |
| A-1 | GCISD BED(LEGAL) |
| A-2 | BED(LOCAL) 2008 |
| A-3 | BED(LOCAL) Current |
| A-4 | BED(LOCAL) 2004 |
| A-5 | GF(LEGAL) and (LOCAL) |
| A-6 | Plaintiff Ryan – July 26, 2021 Request |
| A-7 | Plaintiff Ryan – August 23, 2021 Request |
| A-8 | 2018 Request Form |
| A-9 | Secretary Remarks – Open Forum |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was forwarded this 23rd day of September, 2021, by United States mail, postage prepaid via certified mail, return receipt requested, to all counsel of record as shown below pursuant to the Federal Rules of Civil Procedure:

Tony McDonald                Via: Email
tony@tonymcdonald.com
1501 Leander Dr., Ste. B2
Leander, TX 78641

                                     */s/ Joseph F. Cleveland, Jr.*
                                       Joseph F. Cleveland, Jr.

1282520-v2/7613-001000