Grapevine-Colleyville ISD
220906

| BOARD MEETINGS | BED |
|---|---|
| PUBLIC PARTICIPATION | (LOCAL) |

| | |
|---|---|
| **Limit on Participation** | Audience participation at a Board meeting is limited to the portion of the meeting designated to receive public comment in accordance with this policy. At all other times during a Board meeting, the audience shall not enter into discussion or debate on matters being considered by the Board, unless requested by the presiding officer. |
| **Public Comment** Regular Meetings | At regular Board meetings, the Board shall permit public comment, regardless of whether the topic is an item on the agenda posted with notice of the meeting. |
| Special Meetings | At all other Board meetings, public comment shall be limited to items on the agenda posted with notice of the meeting. |
| Procedures | Individuals who wish to participate during the portion of the meeting designated for public comment shall sign up with the presiding officer or designee before the meeting begins as specified in the Board's procedures on public comment and shall indicate the agenda item or topic on which they wish to address the Board.<br><br>Public comment shall occur at the beginning of the meeting.<br><br>Except as permitted by this policy and the Board's procedures on public comment, an individual's comments to the Board shall not exceed three minutes per meeting. |
| Meeting Management | When necessary for effective meeting management or to accommodate large numbers of individuals wishing to address the Board, the presiding officer may make adjustments to public comment procedures, including adjusting when public comment will occur during the meeting, reordering agenda items, deferring public comment on nonagenda items, continuing agenda items to a later meeting, providing expanded opportunity for public comment, or establishing an overall time limit for public comment and adjusting the time allotted to each speaker. However, no individual shall be given less than one minute to make comments. |
| Board's Response | Specific factual information or recitation of existing policy may be furnished in response to inquiries, but the Board shall not deliberate or decide regarding any subject that is not included on the agenda posted with notice of the meeting. |
| **Complaints and Concerns** | The presiding officer or designee shall determine whether an individual addressing the Board has attempted to solve a matter administratively through resolution channels established by policy. If not, the individual shall be referred to the appropriate policy to seek resolution: |

- Employee complaints: DGBA
- Student or parent complaints: FNG

DATE ISSUED: 11/5/2019
UPDATE 114
BED(LOCAL)-A



1 of 2

Grapevine-Colleyville ISD
220906

BOARD MEETINGS                                                                                        BED
PUBLIC PARTICIPATION                                                                          (LOCAL)

- Public complaints: GF

**Disruption**  The Board shall not tolerate disruption of the meeting by members of the audience. If, after at least one warning from the presiding officer, any individual continues to disrupt the meeting by his or her words or actions, the presiding officer may request assistance from law enforcement officials to have the individual removed from the meeting.

DATE ISSUED: 11/5/2019                     ADOPTED:                                    2 of 2
UPDATE 114
BED(LOCAL)-A