Grapevine-Colleyville ISD
220906

| | |
|---|---|
| **BOARD MEETINGS:** | **BED** |
| **PUBLIC PARTICIPATION** | **(LOCAL)** |

**LIMIT ON PARTICIPATION**

Audience participation at a Board meeting is limited to the public comment portion of the meeting designated for that purpose. At all other times during a Board meeting, the audience shall not enter into discussion or debate on matters being considered by the Board, unless requested by the presiding officer.

**PUBLIC COMMENT**

At regular meetings the Board shall allot 30 minutes to hear persons who desire to make comments to the Board. Persons who wish to participate in this portion of the meeting shall sign up with the presiding officer or designee before the meeting begins and shall indicate the topic about which they wish to speak.

No presentation shall exceed three minutes. Delegations of more than five persons shall appoint one person to present their views before the Board.

**BOARD'S RESPONSE**

Specific factual information or recitation of existing policy may be furnished in response to inquiries, but the Board shall not deliberate or decide regarding any subject that is not included on the agenda posted with notice of the meeting.

**COMPLAINTS AND CONCERNS**

The presiding officer or designee shall determine whether a person addressing the Board has attempted to solve a matter administratively through resolution channels established by policy. If not, the person shall be referred to the appropriate policy (see list below) to seek resolution:

Employee complaints: DGBA

Student or parent complaints: FNG

Public complaints: GF

**DISRUPTION**

The Board shall not tolerate disruption of the meeting by members of the audience. If, after at least one warning from the presiding officer, any person continues to disrupt the meeting by his or her words or actions, the presiding officer may request assistance from law enforcement officials to have the person removed from the meeting.

DEFENDANT'S EXHIBIT A-4

DATE ISSUED: 07/22/2004
LDU-06-05
BED (LOCAL)-A

ADOPTED:

1 of 1

Removed from Policy
7/21/08