

# GRAPEVINE COLLEYVILLE
## INDEPENDENT SCHOOL DISTRICT
### Requests to Speak during Open Forum

Welcome to the GCISD Board meeting. While the Board welcomes comments from citizens during Open Forum, this is a limited forum and the following guidelines are designed to promote a fair and open process for the orderly administration of the GCISD Board of Trustees meetings.

1. Anyone desiring to address the Board must do so during Open Forum. You must complete this form and return it to the Executive Director of Communications (Kristin Snively) no later than 15 minutes prior to the Board meeting start time.
2. When called upon by the designated District staff member, please proceed to the podium and state your name, whether you are a resident of the District, and, if applicable, identify the group or organization you are representing. If groups wish to speak on the same topic, the Board may ask (but it is not required) that a spokesperson be appointed to speak for the group.
3. In accordance with BED(LOCAL), the Board has allotted 30 minutes for public comment, but the time may be adjusted, at the Board President's discretion to accommodate large numbers of individuals wishing to address the Board. Adjustments may include lengthening the time-period of the Open Forum and shortening the time-period given to each speaker, although no individual will be given less than one minute. If there are ten speakers or less, each will be given three minutes.
4. Comments should be concise and contain information not substantially addressed by previous speakers.
5. Persons speaking in open forum may not raise complaints against individual employees or students, or personally identify them in any way in their remarks. **This is not the forum provided by the Board for those complaints** Instead, please utilize the District's grievance procedures provided in Board Policies DGBA, FNG, and GF. Each of these processes provides for a full hearing and, that if a resolution cannot be achieved administratively, the person may appeal the administrative decision to the Board at a properly posted meeting. Our Executive Director of Communications will provide you with copies of these policies and copies are available online at the district website www.gcisd.net.
6. A speaker who does not comply with these rules and policies may be excused or removed from the meeting.
7. In accordance with the Texas Open Meetings Act, the Board generally may not take action or discuss topics not listed on tonight's agenda and may not respond to comments made or questions asked during Open Forum.

**If this is a special Board meeting (i.e., not the Board's regular monthly meeting), public comments are only permitted on items listed on the Board's posted agenda for this meeting.**

Date: 8-23-21     I am a resident in Grapevine-Colleyville ISD.     Yes [X]  No [ ]
Name: Mitchell Ryan     Phone: _____
Address: Grapevine
Who do you represent: _____
Topic: LEAD 2.0

If you have discussed this item with any Board Members or administrative staff, please list name and date of discussion: _____

I acknowledge that I have read and I agree to follow the rules listed above for speaking in open forum.

Signature: _[signed]_

Form must be submitted 15 minutes prior to the time the Board is scheduled to convene

(44)

