

## Requests to Speak during Open Forum

Welcome to the GCISD Board meeting. The Board encourages comments from citizens of the district or district employees. The following guidelines are designed to promote a fair and open process for the administration of the GCISD Board of Trustees meeting.

- Anyone desiring to address the Board during Open Forum should complete this form and return it to the Executive Director of Communications (Kristin Snively) 5 minutes prior to the Board meeting start time.
- When called upon by the Board Secretary, please proceed to the podium and state your name, address, and identify the group or organization you are representing. Delegations of more than five people, wishing to speak on the same topic, shall appoint one person to present their views to the Board.
- Each speaker will be allowed five (5) minutes for comments to ensure sufficient time for all wishing to be heard. In accordance with BED(LOCAL), the Board has allotted a maximum of 30 minutes for public comment.
- Comments should be concise and contain information not substantially addressed by previous testimony.
- *This is not the forum that the district has provided to raise and resolve complaints about individual employees or students, and we request that persons speaking in open forum refrain from raising complaints against such individuals or personally identifying them in any way in their remarks.* If your purpose in speaking in open forum is to raise a complaint about a specific employee or student, then I direct your attention to the Board's adopted complaint policies. The Board has adopted complaint policies that are designed to secure, at the lowest administrative level, a prompt and equitable resolution of complaints and concerns. Complaints brought by students or their parents may be heard in accordance with policies FNG(LEGAL) and FNG(LOCAL); by employees, in accordance with policies DGBA(LEGAL) and DGBA(LOCAL); and by citizens in accordance with policy GF(LOCAL). Each of these processes provides that, if a resolution cannot be achieved administratively, the person may appeal the administrative decision to the Board at a properly posted meeting. Individuals addressing the Board shall comply with those policies and a speaker who does not comply with these guidelines may be excused or removed from the meeting. Copies of the policies are available online at the district website www.gcisd-k12.org.
- Demonstrations are not permitted.
- The Board may not take action or discuss topics not listed on tonight's agenda due to legal posting requirements.

Your presence and interest in tonight's meeting is sincerely appreciated.

Date: 11/22/2018
Name: ███████████████  Phone: ███████
Address: ██████████████████████████████
Who do you represent: ███████████
Topic: ██████████████
If you have discussed this item with any Board Members or administrative staff, please list name and date of discussion: ███████████████████

Signature: ████████████████

**DEFENDANT'S EXHIBIT A-5**

**Form must be submitted 5 minutes prior to the time the Board is scheduled to convene.**