## SECRETARY'S REMARKS – OPEN FORUM

Next on the agenda is the Open Forum section of our Board meeting.

Any person who is not scheduled on the agenda may address the Board during the Open Forum section of the Board meeting by completing the *Request to Speak* form and submitting it to the Executive Director of Communications 15 minutes prior to the start of the meeting. In accordance with the Texas Open Meetings Act, the Board is restricted from discussing or taking action on items presented during the Open Forum if the item is not listed on tonight's agenda. If an issue mentioned is listed on tonight's agenda, Board members may respond to comments when the agenda item is considered.

In addition, this is not the forum that the district has provided to raise and resolve complaints about individual employees or students. We request that persons speaking in open forum on items not on the agenda refrain from raising complaints against such individuals or personally identifying them in any way in their remarks unless it is pursuant to the District's grievance policies. Please contact the appropriate administrator to address your comments or concerns.

There is generally a three-minute time limit on individual presentations. If groups wish to speak on the same topic, the Board may ask (but it is not required) that a spokesperson be appointed to speak for the group. The Board President may extend additional time at his or her discretion or shorten the allowed time for each speaker to not less than 2 minutes if the speaking requests are so numerous as to hinder the orderly conduct of the Board's meeting on pending business.

At this time, if we have received a completed *Request to Speak* form for Open Forum, the district will begin calling each individual in the order received.

**Board Secretary: "I see that the first speaker signed up tonight is (Mr./Mrs. NAME). You are welcome to step up to the microphone, and state your full name and address."**



11/1/19