# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| MITCHELL RYAN )<br>  Plaintiff, )<br>v. )<br> )<br>GRAPEVINE COLLEYVILLE )<br>INDEPENDENT SCHOOL )<br>DISTRICT and JORGE RODRIGUEZ )<br>in his official capacity as GCISD )<br>School Board President<br>  Defendants. )<br> ) | Case No.: 4:21-cv-01075-P |

**NOTICE OF FILING OF THE LINK TO THE VIDEOTAPE RECORDING OF THE AUGUST 23, 2021 GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT'S BOARD MEETING**

Joseph F. Cleveland, Jr.
State Bar No. 04378900
jcleveland@belaw.com
Sarah S. Flournoy
State Bar No. 24036575
sflournoy@belaw.com

BRACKETT & ELLIS P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
Facsimile: (817) 870-2265

ATTORNEYS FOR DEFENDANTS
GRAPEVINE COLLEYVILLE
INDEPENDENT SCHOOL DISTRICT and
JORGE RODRIGUEZ in his official
capacity as School Board President

Defendants Grapevine-Colleyville Independent School District and Jorge Rodriguez (collectively Defendants), file the following notice of the link to the videotape recording of the August 23, 2021 board meeting and in support thereof would state as follows:

Per the Court's request at the September 24, 2021 hearing on Plaintiff's Temporary Restraining Order, Defendants provide the court with the following link:

https://www.youtube.com/watch?v=24fAbhYlNic

Plaintiff Mitchell Ryan's remarks begin at the following date stamp: 3:12:00.

Respectfully submitted,

*/s/ Joseph F. Cleveland, Jr.*
Joseph F. Cleveland, Jr.
State Bar No. 04378900
Sarah S. Flournoy
State Bar No. 24036575

BRACKETT & ELLIS P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
Facsimile: (817) 870-2265

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was forwarded this 24th day of September, 2021, by the electronic filing system, to all counsel of record as shown below pursuant to the Federal Rules of Civil Procedure:

| | |
|---|---|
| Tony McDonald<br>tony@tonymcdonald.com<br>1501 Leander Dr., Ste. B2<br>Leander, TX 78641 | Via: Email |

            */s/ Joseph F. Cleveland, Jr.*
            Joseph F. Cleveland, Jr.