IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MITCHELL RYAN,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-01075-P |
| | § | |
| **Grapevine-Colleyville** | § | |
| **Independent School District and** | § | |
| **Jorge  Rodriguez** | § | |
|     Defendants. | § | |

## NOTICE OF APPEARANCE OF WARREN V. NORRED

Warren V. Norred, a member of the bar of this Court, enters his appearance for Plaintiff Mitchell Ryan. This appearance should satisfy Plaintiff's need for local counsel as required by the Court's order issued September 23, 2021.

Mr. McDonald will remain the primary representative for Plaintiff.

The undersigned prays that the Court is unoffended by this filing about 2.5 hours after the deadline as instructed by the Court. ECF No. 11.

/s/*Warren V. Norred*

| | |
|---|---|
| Warren V. Norred, | Tony McDonald |
| State Bar No. 24045094 | State Bar No. 24083477 |
| warren@norredlaw.com | tony@tonymcdonald.com |
| NORRED LAW, PLLC | 1501 Leander Dr., Ste. B2 |
| 515 East Border Street | Leander, TX 78641 |
| Arlington, Texas 76010 | O: (512) 200-3608 |
| O: 817.704.3984; F: 817.524.6686 | F: (815) 550-1292 |

Counsel for Plaintiff

**CERTIFICATE OF SERVICE -** I hereby certify that on October 1, 2021, I filed the above Notice of Appearance in the Court's docket using its CM/ECF system, which served notice on all counsel of record.

/s/*Warren V. Norred*