IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MITCHELL RYAN | § | |
| | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | Case No.: 4:21-cv-01075-P |
| GRAPEVINE COLLEYVILLE | § | |
| INDEPENDENT SCHOOL | § | |
| DISTRICT and JORGE RODRIGUEZ | § | |
| in his official capacity as GCISD | § | |
| School Board President | § | |
| | § | |
|     Defendants. | § | |

---

## DEFENDANTS' STATUS REPORT IN
## COMPLIANCE WITH THE COURT'S ORDER

---

Joseph F. Cleveland, Jr.
State Bar No. 04378900
jcleveland@belaw.com
Sarah S. Flournoy
State Bar No. 24036575
sflournoy@belaw.com

BRACKETT & ELLIS P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
Facsimile: (817) 870-2265

ATTORNEYS FOR DEFENDANTS
GRAPEVINE COLLEYVILLE
INDEPENDENT SCHOOL DISTRICT and
JORGE RODRIGUEZ in his official
capacity as School Board President

Defendants Grapevine-Colleyville Independent School District (GCISD or District) and Jorge Rodriguez (collectively Defendants) files this status report in compliance with the Court's October 25, 2021 Order and in support would show as follows:

1.      The Board of Trustees for GCISD met on Monday, October 25, 2021. Among other matters, the Board considered and adopted by a vote of six to zero (with one absence) revisions to the Board Operating Procedures, attached hereto as Exhibit A-1.

2.      To explain the current Board Operating Procedure, GCISD implemented revised Board Secretary's script for public comment (Ex. A-2); revised request to speak during public comment (Ex. A-3); and revised board meeting decorum protocols (Ex. A-4).  These revised guidelines were used during the public comment period at the October 25, 2021 board meeting and conform with the Board Operating Procedures adopted by the Board on October 25, 2021.

3.      Plaintiff spoke at the Board meeting on October 25, 2021, and provided an opportunity for implementation of the revised forum policy.  His comments can be found beginning at 3:44:00 of the meeting video (https://www.youtube.com/watch?v=lWil2igxt-Y) and a true and correct transcript is attached hereto as Exhibit B.

4.     Another speaker during public comment, used vulgar language in quoting from an alleged curriculum book triggering implementation of the revised forum policy.  Her comments can be found beginning at 3:38:00 of the meeting video and a true and correct transcript is attached hereto as Exhibit C.

Dated October 28, 2021.

Respectfully submitted,

*/s/ Joseph F. Cleveland, Jr.*
Joseph F. Cleveland, Jr.
State Bar No. 04378900
Sarah S. Flournoy
State Bar No. 24036575

BRACKETT & ELLIS P.C.
100 Main Street
Fort Worth, Texas 76102-3090
Telephone: (817) 338-1700
Facsimile: (817) 870-2265

ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was forwarded this 28th day of October, 2021, by United States mail, postage prepaid via certified mail, return receipt requested, to all counsel of record as shown below pursuant to the Federal Rules of Civil Procedure:

Tony McDonald                    Via: Email
tony@tonymcdonald.com
1501 Leander Dr., Ste. B2
Leander, TX 78641


_/s/ Joseph F. Cleveland, Jr._
Joseph F. Cleveland, Jr.