IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MITCHELL RYAN )<br>  Plaintiff, )<br>v. )<br> )<br>GRAPEVINE COLLEYVILLE )<br>INDEPENDENT SCHOOL DISTRICT and )<br>JORGE RODRIGUEZ in his official )<br>capacity as GCISD School Board President )<br> )<br>  Defendants. ) | Case No.: 4:21-cv-01075-P |

**JOINT APPENDIX IN SUPPORT
OF MOTION FOR SUMMARY JUDGEMENT**

                                Joseph F. Cleveland, Jr.
                                State Bar No. 04378900
                                jcleveland@belaw.com
                                Sarah S. Flournoy
                                State Bar No. 24036575
                                sflournoy@belaw.com

                                BRACKETT & ELLIS P.C.
                                100 Main Street
                                Fort Worth, Texas 76102-3090
                                Telephone: (817) 338-1700
                                Facsimile: (817) 870-2265

                                ATTORNEYS FOR DEFENDANTS
                                GRAPEVINE COLLEYVILLE INDEPENDENT
                                SCHOOL DISTRICT and JORGE RODRIGUEZ in
                                his official capacity as School Board President

                                - and -

                                Tony McDonald
                                Texas State Bar No. 24083477
                                tony@tonymcdonald.com
                                1501 Leander Dr., Ste. B2
                                Leander, TX 78641
                                (512) 200-3608 (Tel)
                                (815) 550-1292 (Fax)
                                ATTORNEY FOR PLAINTIFF

**JOINT APPENDIX**

| EXHIBIT | APP NO. | DESCRIPTION |
|---|---|---|
| A | 001 – 209 | October 12, 2021 Transcript of Preliminary Injunction Hearing |
| B | 210 – 213 | October 12, 2021 Joint Exhibit for Preliminary Injunction Hearing |
| B-1 | 214 – 215 | GCISD Board Policy BED (LOCAL) issued 11/5/2019 |
| B-2 | 216 – 217 | GCISD 2021-2022 Board of Trustees Operating Procedures |
| B-3 | 218 – 219 | August 22, 2021 GCISD Protocols for Board Meetings |
| B-4 | 220 – 221 | Updated September 27, 2021 GCISD Protocols for Board Meetings |
| B-5 | 222 | July 26, 2021 Request to speak during Open Forum completed by Plaintiff |
| B-6 | 223 | August 23, 2021 Requests to Speak during Open Forum completed by Plaintiff |
| B-7 | 224 | Video of GCISD August 23, 2021 board meeting |
| B-8 | 225 – 226 | Transcript of Plaintiff's comments during GCISD August 23, 2201 board meeting |
| B-9 | 227 – 230 | June 27, 2019 email exchange between GCISD Superintendent Dr. Robin Ryan and parent |
| B-10 | 231 | Proposed GCISD policy |
| B-11 | 232 – 233 | GCISD Board Policy BED (LEGAL) issued 11/5/2019 |
| B-12 | 234 | GCISD Board Policy BED (LOCAL) issued 07/22/2004 |
| B-13 | 235 | GCISD Board Policy BED (LOCAL) issued 08/26/2008 |

| B-14 | 236 – 241 | GCISD Board Policy GF (LOCAL) |
|---|---|---|
| B-15 | 242 – 248 | GCISD Board Policy DGBA (LOCAL) |
| B-16 | 249 – 255 | GCISD Board Policy FNG (LOCAL) |
| B-17 | 256 | March 28, 2016 Requests to Speak During Open Forum Form |
| B-18 | 257 – 260 | August 25, 2021 Excerpts from Facebook Messages between J. Rodriguez and Kathleen Thompson |
| B-19 | 261 – 292 | August 23, 2021 to August 24, 2021 Excerpts from Facebook Messages between J. Rodriguez and Plaintiff |
| B-20 | 293 – 295 | Transcript of opening of Public Comments at GCISD board meeting August 23, 2021 |
| B-21 | 296 | Transcript of opening remarks from President Rodriguez at board meeting on September 27, 2021 |
| C | 301 | Affidavit of Paula Barbaroux dated October 28, 2021. |
| C-1 | 303 – 306 | Board Operating Procedures adopted by GCISD Board of Trustees on October 25, 2021. |
| C-2 | 307 – 308 | Script used by Board Secretary initiating public comment period of Board meetings as of October 25, 2021. |
| C-3 | 309 | Request to speak during public comment form as of October 25, 2021. |
| C-4 | 310 – 311 | Board meeting decorum protocols posted to the GCISD website on October 25, 2021. |
| C-5 | 312 | Request to speak during public comment form completed by Plaintiff M. Ryan on October 25, 2021. |
| D | 313 – 314 | Transcript of Plaintiff's remarks during public comment of the GCISD board meeting on October 25, 2021 |

| | | |
|---|---|---|
| E | 315 – 316 | Transcript of Amanda Kelso's remarks during public comment of the GCISD board meeting on October 25, 2021 |
| F | 317 – 318 | Transcript of Plaintiff's remarks during public comment of the GCISD board meeting on July 26, 2021. |
| G | 319 – 320 | Transcript of Stetson Clark's remarks during public comment of the GCISD board meeting on July 26, 2021 |
| H | 321 – 339 | Transcript of remarks during public comment of the GCISD board meeting on September 20, 2021. |
| I | 340 – 356 | Transcript of remarks during public comment of the GCISD board meeting on November 8, 2021 |
| J | 357 | Transcript of Zach Penn during public comment at GCISD board meeting on April 26, 2022 |
| K | 358 – 402 | Plaintiff's Supplemental Declaration and Appendix In Support of His Motion for Preliminary Injunction |